```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


DALE BUTLER                                          PLAINTIFF

VS.                        CIVIL ACTION NO. 5:05-cv-81(DCB)(MTP)

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY                                      DEFENDANT
```

## FINAL JUDGMENT

This cause having come before the Court on the defendant's motion to dismiss for lack of jurisdiction, which the Court treated as a motion for summary judgment, and the Court having granted the motion in an Opinion and Order dated September 28, 2006; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the above captioned cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of September, 2006.


                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE